**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.   08-cv-02213-LTB-CBS

FTWI ABRAHA,

       Plaintiff,

v.

AEQUICAP CLAIMS SERVICES, INC., a Florida corporation; and
LINCOLN GENERAL INSURANCE COMPANY, a Pennsylvania corporation,

       Defendants.

---

**ORDER OF DISMISSAL**

---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 22 - filed June 1, 2009), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                    BY THE COURT:

                                      s/Lewis T. Babcock
                                      Lewis T. Babcock, Judge

DATED:   June 2, 2009